## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE A. MCINTIRE, individually, and as a representative of a class of similarly situated persons, and on behalf of the PAYCHEX, INC. 401(K) INCENTIVE RETIREMENT PLAN,<br>    Plaintiff,<br><br>  v.<br><br>PAYCHEX, INC.; THE PAYCHEX, INC. 401(K) INCENTIVE RETIREMENT PLAN COMMITTEE; and DOES No. 1-10, Whose Names Are Currently Unknown,<br><br>    Defendants. | Case No.: 6:20-cv-06445<br><br><br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action without prejudice, and with each party to bear its own costs and fees. As of the date of this filing, Defendant has not served Plaintiff with an answer or a motion for summary judgment.

              Respectfully submitted,

              /s/ Catherine Creighton
              Catherine Creighton
              Creighton Johnsen & Giroux
              1103 Delaware Avenue
              Buffalo, NY 14209
              Telephone: (716) 854-0007
              Facsimile: (716) 854-0004
              Email: ccreighton@cpjglaborlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 24, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                 /s/ Catherine Creighton
                                                 Catherine Creighton